IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRANKIE HAMMONDS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:21cv448-MHT |
| ) | (WO) |
| MONTGOMERY CHILDREN'S ) | |
| SPECIALTY CENTER, LLC, ) | |
| ) | |
| ) | |
| ) | |
|     Defendant. ) | |

## OPINION

In light of plaintiff Frankie Hammonds's failure to respond to defendant Montgomery Children's Specialty Center, LLC's motion to toll the deadline to file an answer to the complaint until after the court has ruled on the defendant's partial motion to dismiss, it is ORDERED that:

(1) Defendant Montgomery Children's Specialty Center, LLC's motion to toll the answer deadline (Doc. 4) is granted.

(2) Defendant Montgomery Children's Specialty Center, LLC shall file a responsive pleading to plaintiff Frankie Hammonds's complaint within 14 days after notice of the court's ruling on defendant Montgomery Children's Specialty Center, LLC's partial motion to dismiss (Doc. 5).

DONE, this the 18th day of March, 2022.

                                                      /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**