IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| FRANKIE HAMMONDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv448-MHT |
| | ) | (WO) |
| MONTGOMERY CHILDREN'S | ) | |
| SPECIALTY CENTER, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that plaintiff's motion for leave to amend the complaint (Doc. 20), which defense counsel has orally affirmed is unopposed, is granted. As plaintiff has already filed a First Amended Complaint (Doc. 21) on the docket, that will now be the operative complaint.

DONE, this the 14th day of April, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE